UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI BIEGAS,

    Plaintiff,

                        CIVIL NO. 05-73616
V.                     HON. NANCY G. EDMUNDS

QUICKWAY CARRIERS, INC.,

    Defendants.
_____/

### ORDER STRIKING DOCUMENT [11]

Upon review, the Court has determined that Plaintiff's Stipulated Order [11] filed January 31, 2006, was filed incorrectly.

THEREFORE, the Order [11] is **STRICKEN** from the record and the Clerk of Court is directed to remove the image from the ECF system.  Plaintiff is required to submit the order as a *proposed order* in compliance with Rule 11 of ECF Policies and Procedures.

SO ORDERED.

                s/Nancy G. Edmunds
                Nancy G. Edmunds
                United States District Judge

Dated:  February 1, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 1, 2006, by electronic and/or ordinary mail.

                s/Carol A. Hemeyer
                Case Manager