UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRI BIEGAS,

        Plaintiff,                     Case No.  05-73616

v.                                   District Judge Nancy G. Edmunds
                                       Magistrate Judge R. Steven Whalen

QUICKWAY CARRIERS, INC., et al.,

        Defendants.
_____/

ORDER

Defendant having requested a withdrawal of its Motion to Quash (filed 3/14/06) [Doc #18]  by a faxed request to withdraw filed April 10, 2006;

IT IS THEREFORE ORDERED that Defendant's Motion to Quash is DISMISSED.

                                       S/R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE

Dated:  April 10, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 10, 2006.

                                       S/Gina Wilson
                                       Judicial Assistant